**Christopher J. ROESEL, Petitioner,**

v.

**DEPARTMENT OF HEALTH AND HUMAN SERVICES,**
**Respondent.**

**No. 2009–3225.**

United States Court of Appeals,
Federal Circuit.

Aug. 28, 2009.

## ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Susan M. BARELA, Petitioner,**

v.

**DEPARTMENT OF the NAVY,**
**Respondent.**

**No. 2009–3224.**

United States Court of Appeals,
Federal Circuit.

Aug. 28, 2009.

## ORDER

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) within the time permitted by the rules, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**William R. KOWALSKI,**
**Plaintiff–Appellee,**

v.

**MOMMY GINA TUNA RESOURCES, King Tuna, Inc., Joaquin T. Lu (also known as Jake Lu), Mommy Gina Tuna Resources, Inc., Integral Seafood LLC, GJ Fresh LLC, Richard Friend, Seafriend, and Citra Mina Seafood Corporation (also known as Citra Mina Seafood Market), Defendants–Appellants.**

**Nos. 2009–1332, 2009–1333, 2009–1334.**

United States Court of Appeals,
Federal Circuit.

Aug. 28, 2009.

Milton M. Yasunaga, Cades Schutte LLP, Honolulu, HI, for Plaintiff–Appellee.

Carl Crowell, Michael Elliott, Crowell Ing, LLP, Salem, OR, for Defendants–Appellants.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Kenneth L. WILLIAMS, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7109.**

United States Court of Appeals, Federal Circuit.

Aug. 28, 2009.

## ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Herbert R. TRAMMELL, Claimant–Appellant,**

**v.**

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2009–7105.**

United States Court of Appeals, Federal Circuit.

Aug. 28, 2009.

## ORDER

Counsel having failed to become a member of the bar of this court as required by the Federal Circuit Rule 46, it is